**JS6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AGUSTIN G. VALDEZ, an individual, and JOSIE P. CASTRO, an individual,

Plaintiffs,

v.

NISSAN NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 5:25-cv-00775-RGK-ACCV

*District Judge R. Gary Klausner*
*Magistrate Judge Angela C. C. Viramontes*

**FINAL JUDGMENT FOR NISSAN NORTH AMERICA, INC.**

Nissan North America, Inc.'s ("Nissan") Motion for Summary Judgment was taken under submission without oral argument on July 2, 2026, before the Court, the Honorable r. Gary Klausner presiding.

The Court, having considered the briefing and evidence, and having issued an Order granting Nissan's Motion for Summary Judgment on July 20, 2026 [Dkt. No. 85], finds that there is no genuine dispute as to any material fact and that Nissan is entitled to summary judgment.

**ACCORDINGLY, IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. Final Judgment is entered in favor of Nissan and against Plaintiff Agustin G. Valdez and Plaintiff Josie P. Castro on all claims in this action.

2. Plaintiffs shall take nothing by way of their Complaint, and the action is dismissed with prejudice on the merits.

3. Nissan, as the prevailing party, is entitled to recover its costs of suit in the amount to be taxed upon the filing of a timely Bill of Costs pursuant to Local Rule 54.

**IT IS SO ORDERED.**

DATED: 8/4/2026

The Hon. Judge R. Gary Klausner
UNITED STATES DISTRICT JUDGE